**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF SEPTEMBER 8, 2015**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------
| | |
|---|---|
| WD77759 | City of Kansas City, Missouri vs. Edna Crook, et al |
| WD77780 | Jesse Morales vs. State of Missouri |
| WD77955 | Michael Holden vs. Director of Department of Insurance, Financial Institutions and Professional Registration |
| WD77996 | In the Interest of: D.L.J. vs. Juvenile Officer |


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------
| | |
|---|---|
| WD77596 | State of Missouri vs. David W. Terry |